NO. 07-07-0115-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

AUGUST 9, 2007
_____

THE STATE OF TEXAS, APPELLANT

V.

JEROME PAUL MARROQUIN, APPELLEE
_____

FROM THE 108TH DISTRICT COURT OF POTTER COUNTY;

NO. 54,102-E; HONORABLE RICHARD DAMBOLD, JUDGE
_____

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

## ON MOTION TO DISMISS

Pending before this Court is the State's motion to dismiss its appeal. The State's attorney has signed the document stating that the State withdraws its appeal. Tex. R. App. P. 42.2(a). No decision of this Court having been delivered to date, we grant the motion. Accordingly, the appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith.

Mackey K. Hancock
Justice

Do not publish.